IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:06CR3132 |
| TODD D. PAPE, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Order Setting Conditions of Release and Order under seal. The Clerk shall provide a copy of the Order to defense counsel, AUSA Alan Everett and Pretrial Services.

DATED this _14th_ day of March, 2007.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge