```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )         4:06CR3132
      v.                        )
                                )
TODD D. PAPE,                   )
                                )            ORDER
            Defendant.          )
                                )
```

IT IS ORDERED:

Pretrial Services is directed to investigate the release proposal in the defendant's motion (filing 30) and report to the court and counsel as soon as practicable.

DATED this 26th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge