```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )            4:06CR3132
       v.                      )
                               )
TODD D. PAPE,                  )
                               )               ORDER
              Defendant.       )
                               )
```

Upon consideration of the defendant's motion to review conditions of release,

IT IS ORDERED, the motion, filing 30, is granted, and condition (x) of his current order setting conditions of release (filing 15) is amended to read as follows: "The defendant shall reside at the residence of his mother."

DATED this 2nd day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge