```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )        4:06CR3132
       v.                    )
                             )
TODD D. PAPE,                )
                             )           ORDER
            Defendant.       )
                             )

Defendant failed to appear for his plea hearing this date.

IT THEREFORE HEREBY IS ORDERED,

The clerk is directed to issue a warrant for defendant's arrest.

DATED this 13th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge