IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TODD D. PAPE,<br><br>　　　　　　Defendant. | 4:06CR3132<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)　　The defendant's unopposed motion to modify conditions of release, (Filing No. 99) is granted.

2)　　The Court's prior order, (Filing No. 94) is modified as follows: Upon defendant's anticipated graduation from treatment at Cornhusker Place on November 18, 2013, the defendant is permitted to reside with his sister, Tracy Arthaloney, in Lincoln, Nebraska, and transition from his sister's home to The Curtis Center in Lincoln, Nebraska, when a bed is available.

3)　　The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

November 18, 2013.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge